# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                     Case No. 2:25-mj-11-1

Antonio Bayarri-Barrera

### ORDER OF APPOINTMENT

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

Dated at Burlington in the District of Vermont, on this 31st day of January 2025.

                                                     JEFFREY S. EATON, Clerk
                                                     By: *Emerson Howe*
                                                     Deputy Clerk