NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                 Case No. 2:25-mj-11-1

Antonio Bayarri-Barrera


TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Monday, February 03, 2025 in Burlington, Vermont, before Honorable Kevin J. Doyle, Magistrate Judge, for an Initial Appearance.


Location: Courtroom 410                                JEFFREY S. EATON, Clerk
                                                                                 By: */s/ Emerson F. Howe*
                                                                                 Deputy Clerk
                                                                                  1/31/2025


TO:

Andrew C. Gilman, AUSA

Office of Federal Public Defender

Maria Jakobeit, Spanish Interpreter