AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2025 FEB -4 PM 3:51
CLERK
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| V. | (For a Petty Offense) — Short Form |
| ANTONIO BAYARRI-BARRERA | Case No.   2:25-mj-11-1 |
| | USM No.   58890-511 |

Sara Puls, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   Complaint

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8:1325(a)(1) | Improper entry by alien at any time or place other than designated by immigration officers | 1/31/2025 | |

☐ Count(s) _____   ☐ is   ☐ are dismissed on motion of the United States

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
   time served

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   n/a

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:
Resident of Spain

2/3/2025
Date of Imposition of Judgment

*Kevin J. Doyle* (signature)
Signature of Judge

Kevin J. Doyle, U.S. Magistrate Judge
Name and Title of Judge

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 2/4/2025

2/4/2025
Date